

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| BOBBY MILLER AND | * | CIVIL ACTION |
| KRISTIN MILLER | * | |
| | * | NO.: 06-1434 |
| VERSUS | * | |
| | * | JUDGE DOHERTY |
| | * | |
| FLEET INSURANCE COMPANY | * | |
| (AS THE LIABILITY | * | MAGISTRATE METHVIN |
| CARRIER FOR CR ENGLAND ON | * | |
| BEHALF OF SCOTT JOHNSON & | * | |
| LINCOLN GENERAL INSURANCE | * | |
| COMPANY | * | JURY TRIAL |

## ORDER

Considering the above and foregoing Joint Motion to Remand;

**IT IS ORDERED** that the above captioned matter be remanded to the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana, this 29 day of March, 2007.

JUDGE